IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **MANUEL RAUL REYES-PENA`** a/k/a Reyes Pena, : : | |
| **Plaintiff,** : : | |
| vs. : | 5:04CV27 (DF) |
| **GEORGE BUSH, President of the United States, et al.,** : : : : | |
| **Defendants.** : | |

## O R D E R

This order hereby adopts and incorporates the Recommendation that United States Magistrate Judge Claude W. Hicks, Jr. entered in this case on January 27, 2005. Neither party has served or filed written objections to the Magistrate Judge's Recommendation with the Court.

Accordingly, this action is hereby **DISMISSED**.

SO ORDERED, this 21st day of April, 2005.

                                                    s/ Duross Fitzpatrick

                                      DUROSS FITZPATRICK, JUDGE
                                      UNITED STATES DISTRICT COURT

DF/has